AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| KENNY PASSMORE, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 1:24-cv-00140 |
| THE STATE OF GEORGIA; DANIEL J. CRAIG; HUGH M. HADDEN; CLAYTON L. JOLLY, III; and AUGUSTA JUDICIAL CIRCUIT DISTRICT ATTORNEY OFFICE, et al., | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 21, 2024, the Report and Recommendations of the Magistrate Judge is adopted as opinion of the Court. This case is dismissed. Petitioner is denied certificate of appealability and is not entitled to appeal in forma pauperis. This case stands closed.



10/21/2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020